John T. Jasnoch (pro hac vice)
jjasnoch@scott-scott.com
SCOTT+SCOTT ATTORNEYS AT LAW LLP
600 W. Broadway, Suite 3300
San Diego, CA 92101
Telephone: 619-233-4565
Facsimile: 619-233-0508

*Lead Counsel for Lead Plaintiffs Mark Combs, Vlad Iacob, and Benjamin Northey*

**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH CENTRAL DIVISION**

| | |
|---|---|
| MARK COMBS, VLAD IACOB, and BENJAMIN NORTHEY, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>SAFEMOON LLC; SAFEMOON US, LLC; SAFEMOON CONNECT, LLC; TANO LLC; SAFEMOON LTD, SAFEMOON PROTOCOL LTD; SAFEMOON MEDIA GROUP LTD; BRADEN JOHN KARONY; JACK HAINES-DAVIES; HENRY “HANK” WYATT; JAKE PAUL; KYLE NAGY; DeANDRE CORTEZ WAY; BEN PHILLIPS; MILES PARKS McCOLLUM; THOMAS SMITH; and DANIEL M. KEEM,<br><br>Defendants. | **JOINT NOTICE OF SETTLEMENT IN PRINCIPLE**<br><br>Case No. 2:22-cv-00642-DBB-JCB<br><br>Judge David Barlow<br><br>Magistrate Judge Jared C. Bennett |

Lead Plaintiffs Mark Combs, Vlad Iacob, and Benjamin Northey ("Plaintiffs") and Defendant Jake Paul ("Defendant") (together, the "Parties"), by and through their respective counsel, hereby inform the Court that a settlement agreement resolving all claims against Defendant Paul has been reached. The Parties respectfully request that the Court stay any upcoming deadlines for Defendant Paul while a formal settlement agreement can be finalized and submitted to the Court for approval under Fed. R. Civ. P. 23.

DATED this 24th day of April 2023.

**SCOTT + SCOTT ATTORNEYS AT LAW LLP**

/s/ *John T. Jasnoch*
John T. Jasnoch

*Lead Counsel for Lead Plaintiffs Mark Combs, Vlad Iacob, and Benjamin Northey*

**SOLOMON WARD SEIDENWURM & SMITH, LLP**

/s/ *Levi Y. Silver (with Permission)*
Levi Y. Silver

*Attorneys for Defendant Jake Paul*

**CERTIFICATE OF SERVICE**

I certify that on April 24, 2023, I caused a true and correct copy of the foregoing document to be served on all counsel of record via CM/ECF.

/s/ *John T. Jasnoch*
John T. Jasnoch